Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   CV03-1142 ER (RNBx)                                Date: November 21, 2003

Title:   *Edward Jones, et al. v. City of Los Angeles, et al.*

=================================================================================

PRESENT:   HONORABLE EDWARD RAFEEDIE, SENIOR JUDGE

   Pamela Silence                                      Not Present
   Courtroom Deputy                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

   None Present                                        None Present

PROCEEDINGS:              **IN CHAMBERS**


On the Court's own motion, the Motion for Summary Judgment filed on November 17, 2003 by plaintiff is continued from December 8, 2003 to **Monday, December 15, 2003 at 10:00 a.m.**  The pretrial conference is advanced from 1:30 p.m. to **10 a.m. on Monday, December 15, 2003.**  The Motion for Summary Judgment filed on November 17, 2003 by defendants City of Los Angeles and William Bratton remains scheduled for **Monday, December 15, 2003 at 10:00 a.m.**

   IT IS SO ORDERED.


ENTERED ON ICMS
NOV 2 4 2003
CV

Initials of Deputy Clerk

MINUTES FORM 11
CIVIL -- GEN