UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FOR PUBLICATION

**FILED**

OCT 15 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EDWARD JONES; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> CITY OF LOS ANGELES; et al., <br><br> Defendants - Appellees. | No. 04-55324 <br><br> D.C. No. CV-03-01142-ER <br> Central District of California, <br> Los Angeles <br><br> ORDER |

Before: RYMER and WARDLAW, Circuit Judges, and REED,[*] District Judge.

The parties have filed a joint motion informing us that they have settled this action and seeking dismissal of the appeal, remand and withdrawal of our opinion, reported at 444 F.3d 1118 (9th Cir. 2006). Granting the motion in full, we dismiss this appeal as moot, vacate our opinion in *Jones v. City of Los Angeles*, 444 F.3d 1118 (9th Cir. 2006), and remand the action to the district court for further proceedings consistent with this Order.

**IT IS SO ORDERED.**

---

[*] The Honorable Edward C. Reed, Jr., Senior United States District Judge for the District of Nevada, sitting by designation.