# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

EDWARD JONES; et al.,

       Plaintiffs - Appellants,

V.

CITY OF LOS ANGELES; et al.,

       Defendants - Appellees.

No.   04-55324

D.C. No.  CV-03-01142-ER

**JUDGMENT**



Appeal from the United States District Court for the Central District of California, Los Angeles.

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **REMANDED**.

Filed and entered 10/15/07



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

NOV 0 6 2007

by _____
    Deputy Clerk